In the Matter of Claude J. FULLER, Bankrupt.

Claude J. FULLER v. NEW YORK LIFE.

No. 7625.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1937.

O. L. McMahan, of Morristown, Tenn., for appellant.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Comes the appellant, Claude J. Fuller, and moves the court that he be permitted to dismiss his appeal, which motion, being well understood, is by the court allowed.

It is therefore ordered that the appeal be, and the same is hereby, dismissed, and the case is remanded to the District Court of the United States for the Northeastern Division of the Eastern District of Tennessee, for ascertainment of damages, if any, in favor of New York Life Insurance Company and for further proceedings necessary and proper to a final dismissal of the petition.

■

Dominic GESTAUTS, Appellant, v. AMERICAN MANGANESE STEEL COMPANY, a Corporation, W. G. Nichols and Frank Grace, Appellees.*

No. 6020.

Circuit Court of Appeals, Seventh Circuit.

Feb. 2, 1937.

H. A. Barnhardt, of Chicago, Ill., for appellant.

Thomas C. Angerstein, George W. Angerstein, Russell F. Locke, and Alan E. Ashcraft, Jr., all of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

A careful examination of the record and briefs in the above cause convinces us that the questions presented are not substantially different from those considered by this court in the case of Simon McGuire v. Sherwin-Williams Co., 87 F.(2d) 112, decided December 18, 1936. The decision here is controlled by that case, and the judgment of the District Court is accordingly affirmed.

Affirmed.

Barney GISNET v. The UNITED STATES of America.

No. 5983.

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

John Elliott Byrne and Lewis F. Jacobson, both of Chicago, Ill., for appellant.

Michael Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.